IN THE
UNITED STATES DISTRCT COURT

<u>UNITED STATES of AMERICA</u>  )
)
)
)
)
V.                              ) CASE NUMBER:
)
) <u>98-009 (CC)</u>
<u>PEDRO DE JESUS MATEO</u>        )
)
)
)
_____/

PEDRO DE JESUS REG. #16201-069
USP ATLANTA <u>P.O. BOX 150160   Atlanta, Ga. 30315</u>

RECEIVED & FILED
2006 MAY 26 PM 4:06
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

NOTICE OF CHANGE OF ADDRESS

<u>Federal Correctional Complex / Coleman USP 2 / P.O. BOX 1034</u>
<u>Coleman, Fl. 33521</u>

COMES NOW <u>Pedro de Jesus Mateo</u>, whom hereby gives notice to this court/agency/person that all correspondence, rulings, orders et al pertaining to the aforementioned case/cause shall now be mailed to the following address:

ALL SAID AND DONE THIS <u>22</u> DAY OF <u>2006</u>

RESPECTFULLY SUBMITTED

_____